# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARY J. CRUZ  
4629 TREVOR CIRCLE, #5  
ROCKFORD, IL 61109

SSN-xxx-xx-6025

Case Number: 05-73607

Case filed on: 7/19/2005  
Plan Confirmed on: 9/16/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,018.44          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 001 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 3,801.28 | 3,801.28 | 1,835.13 | 0.00 |
|  | Total Priority | 3,801.28 | 3,801.28 | 1,835.13 | 0.00 |
| 999 | MARY J. CRUZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 94.17 | 94.17 | 0.00 | 0.00 |
| 004 | ABC CASH N GO | 500.00 | 500.00 | 0.00 | 0.00 |
| 005 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIANCE ONE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICASH LOANS LLC | 372.28 | 372.28 | 0.00 | 0.00 |
| 009 | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CASH BOX | 392.11 | 392.11 | 0.00 | 0.00 |
| 011 | CASH LOAN STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDICHECK OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 93.00 | 93.00 | 0.00 | 0.00 |
| 020 | CYBR COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ENDEAVOR DENTAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | GREG OLIPHANT MEMBER G.S. INVESTMENT | 1,358.00 | 1,358.00 | 0.00 | 0.00 |
| 023 | HELVEY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | KROGER | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LASALLE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MARLIN INTGRATED CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MIDLAND CREDIT MANAGEMENT INC | 333.20 | 333.20 | 0.00 | 0.00 |
| 029 | MONEY CONTROL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MUTUAL MANAGEMENT SERVICES | 806.25 | 806.25 | 0.00 | 0.00 |
| 031 | SCHNUCKS MARKETS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | STATE OF IL., DEPT. OF EMP. SEC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | TARGET CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | YGNACIO LUNA, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | MUTUAL MANAGEMENT SERVICES | 49.32 | 49.32 | 0.00 | 0.00 |
|  | Total Unsecured | 3,998.33 | 3,998.33 | 0.00 | 0.00 |
|  | Grand Total: | 10,663.61 | 10,663.61 | 4,699.13 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $4,699.13 |
| Trustee Allowance: | $319.31 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>03/26/2009</u>          By  <u>/s/Heather M. Fagan</u>